**Order filed April 15, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00086-CV
_____

**THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellant**

**V.**

**STEPHEN P. ELORRIAGA, Appellee**

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2012-55822**

---

## ORDER

The reporter's record in this case was due April 10, 2014. *See* Tex. R. App. P. 35.1. The court received notice that the appellant had not made payment arrangements for the record. Appellant notified this court that it has made a purchase request for payment of the court reporter and sent the request to the Office of the Attorney General. Because the reporter's record has not been filed, we issue the following order.

We order Jeanine Redden, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM